NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1581
(Serial No. 09/816,152)

IN RE WILLIAM A. KNAUS and RICHARD D. MARKS

Richard D. Marks, of Mclean, Virginia, argued for appellants. With him on the brief was James Remenick, Remenick PLLC, of Washington, DC.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William LaMarca, Associate Solicitor

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1581
(Serial No. 09/816,152)

IN RE WILLIAM A. KNAUS and RICHARD D. MARKS,

# Judgment

ON APPEAL from the      United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

in CASE NO(S).      09/816,152

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER and PROST, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 27, 2010      /s/ Jan Horbaly
Jan Horbaly, Clerk